UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COLUMBIAN CHEMICALS COMPANY

VERSUS

BRANDYWINE GROUP OF
INSURANCE AND REINSURANCE
COMPANIES

CIVIL ACTION

NO. 15-382-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 15, 2015 (doc. no. 31) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, Motion to Remand is GRANTED to the extent it seeks a finding that this action qualifies as a "direct action" under both Louisiana law and 28 U.S.C. § 1332(c)(1)(A). Further, Century is ordered, pursuant to 28 U.S.C. § 1653, to file an amended notice of removal providing the citizenship of each of the sixteen Executive Orders, which shall be "deemed" to be the citizenship of the Century for the purpose of determining the court's subject matter jurisdiction. Further, following the filing of the amended Notice of Removal, the magistrate judge shall take any other appropriate action, including the issuance of a Supplemental Report and Recommendation, regarding whether the court may exercise diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) and/or

whether the action should be remanded as procedurally defective in light of the forum-defendant rule.

Baton Rouge, Louisiana, this 1st day of January, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA